AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| SARAH HILL, individually and on behalf of those similarly situated,<br><br>Plaintiff(s)<br>v.<br>WILLAMETTE FALLS PAPER CO., INC.,<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:24-cv-01729-SI<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Willamette Falls Paper Co., Inc.
4800 Mill Street
West Linn, OR 97068

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nathan R. Ring, Oregon State Bar No. 172663
E-mail: Nring@stranchlaw.com
Stranch, Jennings & Garvey, PLLC
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
Telephone: 725-235-9750

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 10/16/2024

By: /s/G. Davis, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Willamette Falls Paper Co. Inc__
was received by me on *(date)* __10/16/2024__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Registered Agent: Brian Konen__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Willamette Falls Paper Co. Inc.__
on *(date)* __10/30/2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/18/2024__

*Server's signature*
Brandon L. Skolnik - Paralegal
*Printed name and title*

STRANCH, JENNINGS & GARVEY, PLLC
THE FREEDOM CENTER
223 ROSA L PARKS AVENUE, SECOND FLOOR
NASHVILLE, TN 37203

*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Willamette Falls Paper Co. Inc
   Registered Agent: Brian Konen
   4800 Mill Street
   West Linn, Oregon 97068

2. Article Number (Transfer from service label)

   9589 0710 5270 1532 8012 61

   9590 9402 9000 4122 2875 00

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 10/30/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt