IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SARAH HILL,** individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**WILLAMETTE FALLS PAPER CO., INC.**,<br><br>Defendant. | Case No. 3:24-cv-1729-SI<br><br>**JUDGMENT** |

Based on the Court's ORDER,

**IT IS ADJUDGED** that:

(1) Plaintiff Sarah Hill shall recover against Defendant Willamette Falls Paper Co., Inc. damages in the amount of $5,768.47; and

(2) Plaintiff shall also recover against Defendant post-Judgment simple interest at the annual rate of 4.11 percent from the date of this Judgment until paid in full.

DATED this 3rd day of June, 2025.

                                              /s/ *Michael H. Simon*
                                              Michael H. Simon
                                              United States District Judge